JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-318RAJ |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO EXTEND DEADLINE |
| ) | FOR PRETRIAL MOTIONS |
| ZEBELUM WILLIS, ) | |
| ) | |
| Defendant. ) | |

THE COURT having considered the unopposed motion to extend the due date for pretrial motions, and finding good cause, the Court grants the motion (Dkt. #20).

IT IS THEREFORE ORDERED that the due date for filing all pretrial motions, including motions in limine, is extended from October 20, 2015, to November 3, 2015.

DATED this 20th day of October, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND DEADLINE
FOR PRETRIAL MOTIONS
(Zebelum Willis; CR15-318RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100