The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-318RAJ |
|---|---|
| Plaintiff | |
| | ORDER CONTINUING TERMS OF SUPERVISION |
| v. | |
| ZEBELUM WILLIS, | |
| Defendant. | |

The Court having found, based on Mr. Willis' admission to violations 1 and 4, that

he has violated the terms of his supervised release, HEREBY ORDERS that the terms of

the defendant's supervision shall remain in full effect and force, with the following

additional condition added:

No hostile contact with family, household or intimate partners.

DATED this 13th day of November, 2020.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

Order Continuing Terms of Supervision
(*United States v Willis*, CR15-318RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970